FILED
2010 Aug-03 PM 12:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

1983
W

# In the United States District Court
# For the Northern District of Alabama

## DENNIS RAY WINBORN

CV-10-B-2106-W

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

## Cheryl PRICE WARDEN
## DEWAYNE ESTES DEPUTY WARDEN
## J. Whitley M.D

(Enter above full name(s) of the
defendant(s) in this action)

I.   Previous lawsuits

    A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( )    No (X)

    B.   If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit

            Plaintiff(s): _____ N/A _____

            Defendant(s) _____

        2.   Court (if Federal Court, name the district; if State Court, name the county)

        _____

        3.   Docket Number _____ N/A _____

        4.   Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____ N|H _____

_____

6. Approximate date of filing lawsuit ___ N|H ___

7. Approximate date of disposition ____ N|H ____

II. Place of present confinement _BIBB C/F   565 BIBB LN, BRENT, Al. 35034_

A. Is there a prisoner grievance procedure in this institution?
   Yes ( )   No (X)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )   No (X)

C. If your answer is YES:

   1. What steps did you take? _____

   _____

   2. What was the result? _____

   _____

   _____

D. If your answer is NO, explain why not? _____

   _____

   _____

   _____

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) _DENNIS RAy WiNbORN_

_____

Address _565 Bibb LANE, BibbCoRR. FAcility BRENt Al. 35034_

- 2 -

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B.  Defendant CHERYL PRICE

is employed as WARDEN

at Bibb CORRECTIONAL FACility

C.  Additional Defendants DEWAYNE ESTES DEPUTY WARDEN
Bibb CORRECTIONAL FACility
J. Whitley MEDICAL Doctor
Bibb CORRECTIONAL FACility

IV.  Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

"Note" ATTACHed SHEET FOR ExplANATION"

1

Cheryl Teele    Warden
Dewayne Estes  Deputy Warden
J. Whitley  M.D.  H.C.U.

STATE PRISONER brought § (1983) ACTION AGAINST
PRISON OFFICIALS, AND, THE PRISON PHYSICIAN
ALLEGING THAT DEFENDANTS VIOLATED, PRISONER'S
8TH AMENDMENTS RIGHTS? PRISONER'S DISLOCATED
SHOULDER, WAS A SERIOUS ENOUGH MEDICAL NEED?
8TH AMENDMENT VIOLATION OCCURED, WHEN PRISON
OFFICIALS, FAILS TO RESPOND TO A PRISONER'S
MEDICAL NEEDS IN A MANNER THAT CAUSED AN
UNECESSARY AND WANTON INFLICTION OF PAIN, OR,
WAS REPUGNANT TO THE CONSCIENCE OF, MANKIND.
IN ORDER TO PREVAIL ON A 8TH AMENDMENT
CLAIM, THE PRISONER MUST DEMONSTRATE, THAT
PRISON OFFICIALS EXHIBITED NEGLECT, AND, DELIBERATE
NEGLECT OF HIS MEDICAL NEEDS, U.S.C.A.
CONSTITUTION AMENDMENT EIGHT? TO ESTABLISH 8TH
AMENDMENT CLAIM FOR DELIBERATE, INDIFFERENCE TO
HIS SERIOUS MEDICAL NEEDS! PRISONER MUST
ESTABLISH THAT!
1) HE HAD A SERIOUS MEDICAL NEED AND,
2) PRISON OFFICIALS, WERE AWARE OF THIS NEED
   AND DELIBERATELY INDIFFERENT.

2

SHORT OF PRISON OFFICIALS ABSOLUTE NEGLECT OF
MEDICAL TREATMENT TO PRISONER. IF NECESSARY
MEDICAL TREATMENT IS DELAYED FOR NON-MEDICAL
REASONS A CASE OF DELIBERATE INDIFFERENCE HAS
BEEN MADE OUT UNDER THE 8TH AMENDMENT
U.S.C.A. CONSTITUTION AMENDMENT 8

PRISONER'S DIS-LOCATED SHOULDER, WAS A
SERIOUS MEDICAL CLAIM. SHOULDER HAS CAUSED
A GREAT DEAL OF PAIN. DISLOCATED SHOULDER COULD
LEAD TO PERMANENT DISABILITY! DELIBERATE
INDIFFERENCE TO A PRISONERS SERIOUS MEDICAL
NEEDS AS WOULD VIOLATE THERE 8TH AMENDMENT
MAYBE INFERRED WHEN A PRISON OFFICIAL KNOWS OF
A PRISONER NEED FOR MEDICAL TREATMENT BUT
INTENTIONALLY FAILS TO PROVIDE IT? DELAYS
NECESSARY MEDICAL TREATMENT FOR A NON-MEDICAL
REASONS OR PREVENTS A PRISONER FROM RECEIVING
MEDICAL TREATMENT THAT WAS NEEDED OR RECOMMENDED
BY A DOCTOR

"3" FIVE-FACTORS THAT INDICATE A SERIOUS MEDICAL
NEED   A CONDITION NEED NOT BE LIFE
THREATING, TO BE SERIOUS
"1" IF IT IS ONE THAT HAS BEEN DIAGNOSED BY A
PHYSICIAN AS MANDATING TREATMENT.
"2" IF IT IS ONE THAT IS SO OBVIOUS THAT EVEN
A LAY PERSON WOULD EASILY RECOGNIZE

3

THAT THE NECCESSARY for A DOCTOR'S ATTENTION

"3" IF IT CAUSES THEN

"4" IF THE MEDICAL CONDITION SIGNIFICANTLY AFFECT'S AN INDIVIDUALS DAILY ACT'S IT MAY BE DEEMED SERIOUS

"5" IF THE CONDITIONS OFFERS THE POSSIBILITY OF A LIFE LONG HANDICAPP OR PERMANENT LOSS IT COULD BE CONSIDERED SERIOUS

4 FOUR IMPORTANT PRINCIPLES RELATING TO TREATMENT HAVE EMERGED FROM PRISON MEDICAL CARE CASES.

1 FIRST, PRISON ADMINISTRATORS MUST ENSURE THAT OFFICIALS FOLLOW THROUGH WITH PRESCRIBED TREATMENT, AND THAT SUCH TREATMENT IS PROVIDED TO INMATES IN A COMPETENT AND PROFESSIONAL MANNER!

" RELIEF Sought "

PETITIONER PRAYS THAT THIS HONORABLE COURT WILL ORDER THE A.L. D.O.C. TO SEND PETITIONER FOR A SECOND OPION, OR, IN THE ALTERATIVE MR DENNIS WINBORN SUE FOR THE SUM OF ONE HUNDREDED THOUSAND DOLLARS FOR PAIN & SUFFERING

DENNIS WINBORN
565 BIBB LN   E-3-52-A
BRENT, AL. 35034

_____
_____
_____
_____
_____
_____
_____

V.   RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____
_____
_____
_____
_____
_____
_____

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2010
                    (date)

_____
_____
_____
_____
_____
_____
_____

Dennis Winborn                                  "
Signature(s)

- 4 -